AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN**     DISTRICT OF     **TEXAS**

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Luis Alfredo LOPEZ<br>Concepcion, QUETZALTENANGO<br>Guatemala | Case Number: L-14-PO12106 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 04, 2014** in **Webb** County, in the **Southern** District of **Texas** **Luis Alfredo LOPEZ** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Luis Alfredo LOPEZ, who admitted to being a citizen of Guatemala, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on November 4, 2014

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/
Signature of Complainant

Carlos Hinojosa
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 07, 2014     at     Laredo, Texas
Date   City and State

Guillermo Garcia, U.S. Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer